ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
**PEDRO AYON-RAMOS**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00105-LJO SKO |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND ORDER** |
| vs. | |
| PEDRO AYON-RAMOS, | |
| Defendant. | |

**COMES NOW DEFENDANT PEDRO AYON-RAMOS,** by and through his attorney ROBERT W. LYONS, who respectfully requests that his personal appearance pursuant to Federal Rule of Criminal Procedure 43 be waived for the October 29, 2018 Status Conference.

AYON-RAMOS lives and works in the San Francisco Bay Area and relies on his wages. He has been informed of this hearing by Attorney Lisa Simons from The Law Offices of Robert W. Lyons, who has also told him of the status of the case. AYON-RAMOS respectfully requests that his appearance be waived.

///

///

///

///

///

- 1

Dated: October 26, 2018                                    Respectfully submitted,


                                                                   /s/
                                                           ROBERT W. LYONS
                                                    ATTORNEY FOR PEDRO AYON-RAMOS


    I, PEDRO AYON-RAMOS, both understand my right to personally be present at the October 29, 2018 Status Conference and hereby waive that right.


Dated: October 26, 2018                                             /s/
                                                           PEDRO AYON-RAMOS

ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** pursuant to Federal Rule of Criminal Procedure 43 that Defendant PEDRO AYON-RAMOS' personal appearance at the October 29, 2018, Status Conference is waived.


IT IS SO ORDERED.

Dated:   **October 26, 2018**                      /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE