ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00105-LJO-SKO |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| vs. ) | |
| PEDRO AYON RAMOS, ) | |
| Defendant. ) | |

    The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current status hearing date of Monday, May 6, 2019 at 1:00 p.m. be continued to Monday, June 17, 2019 at 1:00 p.m. The reason for this continuance is that the defense counsel is finishing reviewing the voluminous discovery and needs additional time to confer with prosecution regarding questions arising in the discovery, investigate the likely criminal history category for the defendant and the possibility of safety valve eligibility to have a plea conference with the prosecution.

    Therefore, the parties hereby stipulate that time should be excluded under the Speedy Trial Act from May 6, 2019 to June 17, 2019, for effective preparation and continuity of counsel. The parties further stipulate that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.

///

///

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING- 1

For the above reasons, the parties respectfully request a continuance of the matter to June 17, 2019.

Date:  May 2, 2019, 2019

_____/s/ _____
Robert W. Lyons
Attorney for Pedro Ayon Ramos

Date:  May 2, 2019, 2019

_____/s/ _____
Vincenza Rabenn
Assistant United States Attorney

**ORDER**

Pursuant to the parties' Stipulation, the current hearing date of Monday, May 6, 2019, at 1:00 p.m., is hereby continued to Monday, June 17, 2019, at 1:00 p.m.

The Court notes that the trial in this case is set for January 1, 2020, and time has been previously excluded through the trial date (Docket # 24).

IT IS SO ORDERED.

Dated:  **May 2, 2019**             /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE