ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-cr-00105-LJO-SKO |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| vs. ) | |
| PEDRO AYON RAMOS, ) | |
| Defendant. ) | |

    The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current status hearing date of Monday, June 17, 2019 at 1:00 p.m. be continued to Monday, August 5, 2019 at 1:00 p.m. The reason for this continuance is that the defense counsel is finishing reviewing the voluminous discovery and has been in contact with Assistant United States Attorney Vincenza Rabeen. Defense counsel has and continues to obtain clarification and answers to questions arising in the discovery. Additional time is needed to obtain further discovery clarifications and to meet with the defendant to present the analysis of the voluminous discovery for a possible plea agreement.

    Jury trial is set for January 7, 2020, therefore time is already excluded until that date.

    For the above reasons, the parties respectfully request a continuance of the matter to August 5, 2019.

STIPULATION AND ORDER TO CONTINUE STATUS HEARING- 1

Date: June 13, 2019                               /s/ Robert Lyons
                                                  Robert W. Lyons
                                            Attorney for Pedro Ayon Ramos

Date: June 13, 2019

                                                /s/ Vincenza Rabenn
                                                   Vincenza Rabenn
                                           Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **June 13, 2019**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE