ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00105-LJO-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| ) | |
| vs. ) | |
| ) | |
| PEDRO AYON RAMOS, ) | |
| ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of Monday, December 16, 2019 at 11:00 a.m. be continued to Monday, January 27, 2020 at 11:00 a.m. in order to allow enough time for the presentence interview and sentencing schedule that follows. Benjamine Roberts, U.S. Probation Officer has also been notified and agrees to the continuance of the sentencing hearing. The parties respectfully request a continuance of the sentencing hearing to January 27, 2020.

Date: October 31, 2019 _____/s/ _____
Robert W. Lyons
Attorney for Pedro Ayon Ramos

Date: October 31, 2019

_____/s/ _____
Vincenza Rabenn
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING- 1

**No further continuances.**

IT IS SO ORDERED.

    Dated:   **November 6, 2019**          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES CHIEF DISTRICT JUDGE