ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Pedro Ayon Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PEDRO AYON RAMOS,<br><br>    Defendant. | Case No.: 1:18-CR-00105-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of Monday, January 27, 2020 at 11:00 a.m. be continued to Friday, February 28, 2020 at 11:00 a.m. in order to allow additional time for sentencing negotiations in progress between the defendant and the government pertaining to USSG §5C1.2. Defense counsel is the process of providing more information to the government. The parties respectfully request a continuance of the sentencing hearing to February 28, 2020.

Date: January 23, 2020                          _____/s/ _____
                                                                             Robert W. Lyons
                                                             Attorney for Pedro Ayon Ramos

Date: January 23, 2020

_____/s/_____

Vincenza Rabenn
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **January 23, 2020**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE