ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorneys for Pedro Ayon Ramos

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEDRO AYON RAMOS,<br><br>　　　　Defendant. | Case No.: 1:18-CR-00105-LJO-SKO<br><br>**REQUEST AND ORDER FOR EXTENSION OF SURRENDER DATE** |

　　　The defendant currently has a surrender date of May 1, 2020. Due to the COVID 19 safety considerations in custody, the defendant respectfully requests an extension of 60 days to July 1, 2020. Defense counsel has informed the Assistant United States Attorney, Vincenza Rabenn of this request and she has no objections. In addition, defendant's supervising pretrial officer Melissa Haberer has no objections to this request.

Date: April 30, 2020　　　　　　　　　　　_____/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　　Robert W. Lyons
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Pedro Ayon Ramos

Date: April 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　Vincenza Rabenn
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND PROPOSED ORDER TO EXTEND SURRENDER DATE- 1

**ORDER**

Defendant Ramos' surrender date into the custody of the U.S. Bureau of Prisons at the designated institution is hereby continued from May 1, 2020 to July 1, 2020.

IT IS SO ORDERED.

Dated: __**April 30, 2020**__

_____
UNITED STATES DISTRICT JUDGE