LISA C. SIMONS (290090)
**LAW OFFICE OF LISA C. SIMONS**
22568 Mission Boulevard #413
Hayward, California 94541
Telephone (510) 693-6161
Facsimile (510) 727-1048

Attorney for Pedro Ayon Ramos

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00105 |
| Plaintiff, | |
| vs. | **REQUEST AND ORDER FOR EXTENSION OF SURRENDER DATE** |
| PEDRO AYON RAMOS, | |
| Defendant. | |

The defendant currently has a surrender date of July 1, 2020. Due to the COVID 19 safety considerations in custody, the defendant respectfully requests an extension of 60 days to September 1, 2020. Defense counsel has informed the Assistant United States Attorney, Vincenza Rabenn of this request and she has no objections.

Date: June 29, 2020                                    /s/ _____
                                                                Lisa C. Simons
                                                                Attorney for Pedro Ayon Ramos

IT IS SO ORDERED.

Dated: __**June 29, 2020**__                    _Dale A. Drozd_____
                                                                UNITED STATES DISTRICT JUDGE

REQUEST AND PROPOSED ORDER TO EXTEND SURRENDER DATE- 1