LISA C. SIMONS (290090)
**LAW OFFICE OF LISA C. SIMONS**
22568 Mission Boulevard #413
Hayward, California 94541
Telephone (510) 693-6161
Facsimile (510) 727-1048

Attorney for Pedro Ayon Ramos

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00105 |
| Plaintiff, ) | |
| vs. ) | **REQUEST AND ORDER FOR EXTENSION OF SURRENDER DATE** |
| PEDRO AYON RAMOS, ) | |
| Defendant. ) | |

The defendant currently has a surrender date of September 1, 2020. Due to the current COVID-19 safety considerations in custody, the defendant respectfully requests an extension of 60 days to November 1, 2020. Defense counsel has informed the Assistant United States Attorney, Vincenza Rabenn of this request and she has no objections.

Date: August 20, 2020                                /s/ _____
                                                               Lisa C. Simons
                                                               Attorney for Pedro Ayon Ramos

IT IS SO ORDERED.

Dated:  **August 20, 2020**                    _Dale A. Drozd_____
                                                              UNITED STATES DISTRICT JUDGE