LISA C. SIMONS (290090)
**LAW OFFICE OF LISA C. SIMONS**
22568 Mission Boulevard #413
Hayward, California 94541
Telephone (510) 693-6161
Facsimile (510) 727-1048

Attorney for Pedro Ayon Ramos

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00105 |
| Plaintiff, | |
| vs. | **REQUEST AND ORDER FOR EXTENSION OF SURRENDER DATE** |
| PEDRO AYON RAMOS, | |
| Defendant. | |

The defendant currently has a surrender date of November 1, 2020. Due to the current COVID-19 safety considerations in custody, the defendant respectfully requests an extension of 60 days to January 1, 2021. Defense counsel has informed the Assistant United States Attorney, Vincenza Rabenn of this request and she has no objections.

Date:  October 20, 2020                              /s/_____
                                                                  Lisa C. Simons
                                                          Attorney for Pedro Ayon Ramos

IT IS SO ORDERED.

Dated:  **October 23, 2020**                        _____
                                                          UNITED STATES DISTRICT JUDGE

REQUEST AND PROPOSED ORDER TO EXTEND SURRENDER DATE- 1