LISA C. SIMONS (290090)
LAW OFFICE OF LISA C. SIMONS
22568 Mission Blvd., #413
Hayward, California 94541
T: (510) 693-6161

Attorney for Defendant
PEDRO AYON RAMOS

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18CR00105-1 |
| Plaintiff, | **STIPULATION AND ORDER TO EXONERATE BAIL** |
| vs. | |
| PEDRO AYON RAMOS, | NO HEARING REQUESTED |
| Defendant. | |

It is hereby stipulated and agreed between PLAINTIFF, United States of America  and defendant, PEDRO AYON RAMOS that the appearance bond posted to  secure Mr. Ayon Ramos' pretrial release be exonerated, and the cash bail of $5,000 and any interest earned thereon be returned to the name and address provided on the Affidavit of Owner of Cash Security.

On May 8, 2018, the magistrate judge ordered Mr. Ayon Ramos released  on a bond secured by a $5,000 cash.  Mr. Ayon Ramos was subsequently sentenced on February 28, 2020 to 39 months BOP custody.  Mr. Ayon Ramos surrendered to the U.S. Marshal's Office, Eastern District, Fresno Division on March 1, 2021 to begin serving the 39-month sentence this court imposed.  In light of the above facts, the parties agree that the bond be exonerated and to return of the $5,000 cash bail and any interest earned thereon to the name and address provided on the Affidavit of Owner of Cash Security.

Respectfully Submitted,

Dated:  March 3, 2021

___/s/_____
Lisa C. Simons
Attorney for Pedro Ayon Ramos

Dated:  March 3, 2021

___/s/_____
Vincenza Rabenn
Assistant United States Attorney

**ORDER**

The bond posted to secure the release of defendant Pedro Ayon Ramos is hereby exonerated.  The clerk of the Court shall immediately  return the cash bail to secure Mr. Ayon Ramos' release and any interest earned thereon to the name and address provided on the Affidavit of Owner of Cash Security.

IT IS SO ORDERED.

Dated:   **March 5, 2021**

_____
UNITED STATES DISTRICT JUDGE